IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

      Plaintiff,               No. CIV S-99-2011 FCD DAD P

    vs.

C/O ALLEN, et al.,

      Defendants.        ORDER

_____/

        Plaintiff has requested leave to file an amended complaint in this case.  On September 1, 2000, this action was dismissed for plaintiff's failure to file an amended complaint. No appeal was filed.

        Plaintiff's February 6, 2006 request to file an amended complaint is denied, and no orders will issue in response to future documents improperly filed in this closed case.

        IT IS SO ORDERED.

DATED: February 16, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
thom2011.58